1    Thomas I. Rozsa, State Bar No. 080615
     **ROZSA LAW GROUP LC**
2    18757 Burbank Boulevard, Suite 220
     Tarzana, California 91356-3346
3    Telephone (818) 783-0990
     Facsimile (818) 783-0992
4    Email: [counsel@rozsalaw.com]

5    Attorney for Plaintiff
     Jewelex New York, Ltd.

6

7

8

9               **UNITED STATES DISTRICT COURT**

10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11                      **WESTERN DIVISION**

12   JEWELEX NEW YORK, LTD., a New      Case No.
     York corporation,
13                                       **COMPLAINT FOR:**
                    Plaintiff,
14                                       1. Federal Trademark and Service Mark
            vs.                             Infringement;
15                                       2. Federal False Designation of Origin,
     JEWELEX, INC., a California            False Description, and False
16   corporation; MEHRDAD SHANS, an        Representation;
     individual, also known as MEHRAN   3. Federal Trademark Dilution;
17   SHANS; an individual; and DOES 1   4. Federal Unfair Competition;
     through 10, Inclusive,             5. Federal Cyberpiracy;
18                                       6. State Trademark Dilution;
                    Defendants.          7. State Unfair Competition;
19                                       8. State False Advertising;
                                         9. Common Law Unfair Competition;
20                                       10. Intentional Interference with Current
                                            and Prospective Economic
21                                          Advantage;
                                         11. Constructive Trust; and
22                                       12. Accounting.

23                                       DEMAND FOR JURY TRIAL

24

25

26

27

28

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1         COMES NOW Plaintiff JEWELEX NEW YORK, LTD., a New York

2 corporation (hereafter "Plaintiff" or "Jewelex New York"), and for its Complaint

3 against Defendants, JEWELEX, INC., a California corporation (hereafter

4 "Jewelex, Inc."); Mehrdad Shans, an individual, also known as  Mehran Shans,

5 an individual (hereafter jointly "Shans"), and DOES 1 through 10, inclusive,

6 states and alleges as follows:

7        **NATURE OF THIS ACTION, JURISDICTION AND VENUE**

8      1.      This is an action for federal trademark and service mark infringement in

9 violation of § 32(1) of the Lanham Trademark Act, As Amended (hereafter "the

10 Lanham Act"), 15 U.S.C. § 1114(1); for federal false designation of origin,

11 false description and false representation, and federal unfair competition, all in

12 violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); for federal

13 trademark dilution in violation of § 43(c) of the Lanham Act, 15 U.S.C. §

14 1125(c);  for federal cyberpiracy in violation of § 43(d) of the Lanham Act, 15

15 U.S.C. § 1125(d); for California state statutory trademark dilution, and

16 California state statutory trademark infringement, all in violation of California

17 Business and Professions Code §§ 14245, *et seq.*; for California state statutory

18 unfair competition in violation of California Business and Professions Code §§

19 17200, *et seq.*; for California state statutory false advertising in violation of

20 California Business and Professions Code § 17500; for intentional interference

21 with current and prospective economic advantage at common law; for unfair

22 competition at common law, and for accounting.

23      2.      This Court has subject matter jurisdiction over this action pursuant to

24 15 U.S.C. §§ 1116,  1121, 28 U.S.C. §§ 1331, 1338 and 1367.

25      3.      Venue is proper in this Judicial District under 28 U.S.C. § 1391.

26 ///

27 ///

28

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

**THE PARTIES**

4.     Jewelex New York is a corporation duly organized and existing under the laws of the State of New York, having its principal place of business located at 529 Fifth Avenue, 18th Floor, New York, New York 10017

5.     On information and belief, Defendant Jewelex, Inc. is a California corporation, having a business address located at 550 South Hill Street, Suite 1185, Los Angeles, California 90013, and at all times relevant herein has been doing business within this judicial district in the County of Los Angeles, State of California.

6.     On information and belief, Mehrdad Shans also known as Mehran Shans is an officer, director and shareholder of Defendant Jewelex, Inc. and had control over Jewelex, Inc. in instituting the actions of Jewelex, Inc. complained of in this Complaint.  The public records set forth a conflicting spelling of this Defendant's name.  Attached hereto as **Exhibit 4** is a printout from the California Secretary of State listing the individual's name as Mehrdad Shans.  Attached hereto as **Exhibit 3** is a printout of the domain name registration of JEWELEXINC.COM listing the individual's name as Mehran Shans.

7.     Plaintiff is presently ignorant of the true names and capacities of Defendants sued herein as Does 1 through 10, inclusive, and therefore sues these Defendants by such fictitious names.  At such time as the true names and capacities of these DOE Defendants are ascertained, Plaintiff will seek leave of the Court to amend their Complaint to allege their true names and capacities.  Plaintiff is informed and believes, and upon such information and belief alleges, that at all times mentioned herein, each of the DOE Defendants was responsible, along with the named Defendants Jewelex, Inc. and Shans for the breaches, acts, or omissions alleged herein. Jewelex Inc., Shans and the DOE Defendants are hereafter jointly referred to as "Defendants".

///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1    8.    Plaintiff is informed and believes and upon such information and belief

2  alleges, that at all times mentioned herein, Defendants, and each of them, were

3  and are the agent, servants, employees, parents, subsidiaries, and/or co-

4  conspirators of each other, and were and are acting within the scope of such

5  agency or employment, parent ownership, or subsidiary ownership.

6  **PLAINTIFF'S BUSINESS AND TRADEMARKS AND SERVICE**

7  **MARKS**

8    9.    Plaintiff is engaged in the business of manufacturing, importing and

9  selling jewelry, namely, gold, platinum, titanium and silver jewelry; and gold,

10  platinum, titanium and silver jewelry with precious stones, namely diamonds,

11  rubies, emeralds, sapphires, and semi-precious colored stones embedded therein,

12  and pearls embedded therein and also providing distributorship services in the

13  field of jewelry.

14    10.    Plaintiff incorporated at least fifteen years ago under the name of

15  Jewelex New York, Ltd. and has used this name, as well as the mark

16  "JEWELEX" on its products, in its catalogs, on print advertisements, on its web

17  pages, and on its letterhead continuously since that date.

18    11.    Plaintiff has used the mark "JEWELEX" in commerce for

19  distributorship services for Jewelex New York and for the sale of jewelry in

20  commerce continuously since the date of its incorporation.

21    12.    Plaintiff's name and mark are distinctive and famous because Plaintiff

22  has gained an international reputation in the field of fine jewelry by attending

23  numerous jewelry trade shows in the United States, Canada, Europe and Asia.

24  Plaintiff has cultivated its reputation and clientele by hiring seasoned

25  professionals to attend nationwide and local events all across the globe to

26  promote the company, and by spending substantial dollars in advertising and

27  promotion during the years 2001 through 2008.  Plaintiff is one of the largest

28  wholesalers of fine jewelry in North America by selling to many of the largest

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  jewelry chain stores in the United States and Canada.  Plaintiff has not limited its

2  clientele to only the largest stores, but also cultivates smaller stores and

3  businesses to more widely spread its business. Plaintiff has furthered its

4  reputation by hiring well known and highly talented designers to render, create

5  and model original jewelry creations, for which Plaintiff promptly seeks federal

6  protection through copyright, design patents and utility patents, and which

7  Plaintiff uses to develop its ongoing line of jewelry fashion for sale to jewelry

8  stores the world over.  Plaintiff has also sought and attained international

9  copyright and trademark and service mark protection for its designs and marks.

10  The amount, volume and geographic extent of Plaintiff's sales on an annual basis

11  are very substantial.

12      13.    On June 12, 2003, Plaintiff applied to the United States Patent and

13  Trademark and service mark Office and registered the service mark "JEWELEX"

14  for use with distributorships in the field of gold and platinum jewelry with

15  precious stones, namely diamonds, embedded in the gold jewelry and platinum

16  jewelry,  which application was assigned Serial No. 76/524,864 and which

17  subsequently issued as Trademark Registration No. 2,912,207 on December 21,

18  2004.  A true and correct copy of the printout for the Service Mark Registration

19  for "JEWELEX" is attached hereto as **Exhibit 1** and incorporated herein by

20  reference.

21      14.    Plaintiff has extensively promoted and advertised sales of its products

22  used in conjunction with the mark "JEWELEX" in the United States, Canada,

23  Europe, Asia, and India.

24      15.    Plaintiff has continuously sold jewelry under the trademark

25  "JEWELEX" in interstate commerce since June 1998 to the present date.

26      16.    Plaintiff prominently marks its trademark "JEWELEX" on its

27  advertisements promoting its fine line of jewelry.  Plaintiff also extensively

28  advertises its trademark "Plaintiff" in its catalogs, website, national and

international trade show appearances, and numerous magazines. As a result, consumers throughout North America, Europe, Asia, and India have come to identify the trademark "JEWELEX" as associated with the high quality fine jewelry items and related products sold by Plaintiffs.

## THE BASES FOR DEFENDANTS' LIABILITY

17.   Plaintiff has become aware of the existence and use of the trademark and corporate name Jewelex. by Defendants for use in commerce for directly competing products. Defendants' use of Plaintiff's trademark, JEWELEX and corporate name is confusingly similar, misleading, inconsistent with the doctrine of fair use, and is without the permission of the Plaintiff. First, Defendant Jewelex, Inc. is incorporated under a name that utilizes the entirety of Plaintiff's mark. Defendants' corporate name uses nearly only the Plaintiff's mark. The Defendants' corporate name consists of the Plaintiff's mark with the addition of "Inc." which, as Plaintiff is also incorporated, is a natural term or additive a consumer would associate with Plaintiff rather than as a word or term to differentiate Defendant Jewelex, Inc. from Plaintiff.          18.   Defendants have a website that has the domain name: www.JEWELEXINC.com. A true and correct copy of a printout of the home page of Defendants' website is attached hereto as **Exhibit 2** and incorporated herein by reference. The Defendant's domain name uses the entirety of Plaintiff's mark. The Defendant's domain name uses nearly only the Plaintiff's mark. The Defendant's domain name uses the Plaintiff's mark with the addition of "Inc.", which, as Plaintiff also is incorporated, is a natural term or additive a consumer would use in searching for Plaintiff's website. Further, there is nothing in the Defendant's link to denote that the Defendant and/or the website are not related to the Plaintiff.

19.   Attached hereto as **Exhibit 3** and incorporated herein by reference is a printout of the domain name registration of JEWELEXINC.COM showing that Co-Defendant Mehran Shans is the Registrant.

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

20.     Defendants have placed Plaintiff's mark, the JEWELEX mark, directly and completely on their jewelry. As clearly seen on five of the six rings prominently pictured on Defendants' home page in Exhibit 2, the mark JEWELEX is clearly stamped onto the interiors of the bands of these rings. Defendants' stamping of their jewelry with Plaintiff's mark, JEWELEX, further constitutes counterfeiting and palming off. Additionally, Defendants use an abbreviation of Plaintiff's mark, JEWELEX, as their inventory number. By way of example, one of Defendants' rings is listed as JLX-P1-1 for a Micro-Pave Semi-Mount Diamond Engagement Ring and is listed as having a retail value of $4,300.00, which can be seen in **Exhibit 2.**

21.     Defendants have chosen and are using a phone number that incorporates Plaintiff's JEWELEX mark. Defendant Jewelex, Inc. has a nation-wide toll free number of 866-9-JEWELX, as seen on the upper right corner of Exhibit 2. Defendants' toll free number uses substantially the entirety of Plaintiff's JEWELEX mark. Consumers searching for Plaintiff's toll free number would look for and reasonably be drawn to a number that incorporated or utilized all, nearly all, a substantial amount, or a reasonable contraction of Plaintiff's JEWELEX mark. Defendants' toll free number, 866-9-JEWELX incorporates nearly all of Plaintiff's JEWELEX mark and is a reasonable contraction of the JEWELEX mark. Consumers dialing 866-9-JEWELX would reasonably believe that they are calling Plaintiff instead of Defendants.

22.     Defendants' usage of all the marks "JEWELEX," "www.JEWELEXINC.com," "866-9-JEWELX," and "JLX" simultaneously and in combination, enhances and strengthens any weakness that any of these marks alone may have. Additionally, Defendants' combined use of "JEWELEX," "www.JEWELEXINC.com," "866-9-JEWELX," and "JLX" tends to bolster a consumer's reasonable expectation and belief that the consumer has reached, is in contact with, and is purchasing items from Plaintiff, rather than Defendants.

23.     The jewelry industry, despite being very large, is not very broad.  The big names are known by all, even to lesser businesses, whether by trade show attendance, direct purchasing, catalogs, advertising, or word of mouth.  On information and belief, Defendants are retailers and/or wholesalers in the downtown Los Angeles jewelry district who may purchase their products from a distributor such as Plaintiff.  Due to the size and reputation of Plaintiff, Defendants knew or should have known of Plaintiff and Plaintiff's mark, JEWELEX.  Due to Defendants' requirement of purchasing its product, Defendants knew or should have known of Plaintiff and Plaintiff's mark, JEWELEX.  Due to word of mouth within the jewelry industry as well as the jewelry district of Los Angeles, Defendants knew or should have known of Plaintiff and Plaintiff's mark, JEWELEX.

24.     Due to the relatively small nature of the jewelry business hierarchy, Defendants knew or should have known of Plaintiff and Plaintiff's mark, JEWELEX. Overall, the evidence shows that Defendants understand the value of the JEWELEX mark and have planned their entire business, from corporate name, website address, phone number and inventory numbering around Plaintiff's JEWELEX mark, and, further, are seeking to sell directly competing products and to divert business from Plaintiff by use of utilizing Plaintiff's JEWELEX mark in Defendants' website, phone numbers, corporate name, part numbering and on Defendants' products.

25.     Defendants' use of Plaintiff's JEWELEX mark on the internet and in its toll free nationwide phone number, constitutes use in commerce.

26.     Defendants' use of Plaintiff's JEWELEX mark on the internet and in its toll free nationwide phone number, constitutes use in interstate commerce.

27.     Defendants' use of Plaintiff's JEWELEX mark on the internet, on Defendants' website, in Defendants' corporate name, in Defendants' toll free nationwide phone number, and stamped into the jewelry Defendants offer for sale constitutes Defendants' use and intent to use in commerce.

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

28.     Defendants' use of Plaintiff's JEWELEX mark in Defendants' marks of "JEWELEX," "JEWELEX, INC.," "866-9-JEWELX," "www.JEWELEXINC.com," and "JLX" for Defendants' business use on Defendants' jewelry, website, corporate name, nationwide toll free number, and part numbering system constitutes a reproduction, counterfeit, copy and/or colorable imitation of Plaintiff's JEWELEX mark.

29.     Defendants' use of Plaintiff's JEWELEX mark in Defendants' marks of "JEWELEX," "JEWELEX, INC.," "866-9-JEWELX," "www.JEWELEXINC.com," and "JLX" on its jewelry, website, corporate name, nationwide toll free number, and part numbering system constitutes Defendants' use of Plaintiff's JEWELEX mark in connection with the sale, offering for sale, distribution , and/or advertising of fine jewelry and related goods and services that directly competes with Plaintiff and which use is likely to cause confusions, mistake or deception.

30.     On information and belief, confusion has resulted in the market place because consumers, searching for the Plaintiff's website, phone number, and products have confused Defendants' listings, advertisements, links, phone numbers and webpages with those of Plaintiff.

31.     On information and belief, actual confusion has occurred in the marketplace.  As a result of such actual confusion, Plaintiff's internet and in-store sales have materially decreased because consumers are being diverted to Defendants' website under the confusingly similar domain names and confusingly similar links thinking that they are buying the same automotive cover as sold by Plaintiff.

## FIRST CAUSE OF ACTION FOR

## Federal Trademark and Service Mark Infringement

## [15 U.S.C. § 1114(1)]

32.     Plaintiff repeats, realleges and incorporates herein by reference all the

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   allegations of Paragraphs 1 through 31 as if set forth at length.

2       33.    Plaintiff has created trademark and service mark status in the mark

3   "JEWELEX" in the United States and throughout the world and has the right to

4   enforce the mark against infringers.

5       34.    The continuing and expanding use by Defendants of the "JEWELEX,"

6   "JEWELEX, Inc.," "www.JEWELEXINC.com," "866-9-JEWELX," and "JLX"

7   marks  for use in interstate commerce in connection with the sale of fine jewelry

8   is an act of trademark and service mark infringement.

9       35.    Defendants' activities constitute use in the State of California and in

10  interstate commerce of a reproduction, counterfeit, and/or colorable imitation of

11  Plaintiff's mark, JEWELEX, as used by Defendants in "JEWELEX,"

12  "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and "www.JEWELEXINC.com"

13  marks, which is likely to cause confusion, mistake, or deception as to the

14  source, origin, or approval of Defendants' products.

15      36.    The Defendants' activities are intended, and, further, likely to lead the

16  public to conclude incorrectly that Defendants' products actually are sponsored

17  by, or are authorized by Plaintiff, to the damage and harm of Plaintiff and the

18  public.

19      37.    Plaintiff is informed and believes and based thereon alleges that

20  Defendants have committed its acts of trademark and service mark infringement

21  with previous knowledge of Plaintiff's prior use and superior rights to the mark

22  "JEWELEX",  as well as Plaintiff's business reputation thereof in interstate and

23  international commerce.

24      38.    Plaintiff is informed and believes and based thereon alleges that

25  Defendants' acts of trademark and service mark infringement were calculated

26  for the purpose of trading upon the goodwill and reputation of Plaintiff's

27  "JEWELEX" mark so as to mislead and deceive purchasers and the public.

28      39.    Defendants' activities constitute willful and deliberate infringement of

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  the Plaintiff's JEWELEX mark, by Defendants' use of "JEWELEX, Inc.,"

2  "JEWELEX," "JLX," "866-9-JEWELX," and "www.JEWELEXINC.com" in

3  violation of the Lanham Act including but not limited to 15 U.S.C. § 1114(1).

4      40.    As a result of Defendants' infringement of the Plaintiff's "JEWELEX"

5  trademark, Plaintiff has been damaged in an amount not yet determined but

6  which will be proven at the time of trial.

7      41.    In addition to Plaintiff's actual damages, Plaintiff is entitled to receive

8  Defendants' profits under 15 U.S.C. § 1117(a).  Plaintiff's actual damages, and

9  the costs of this action.  Additionally, the amount of profit received from

10 Defendants should be trebled under 15 U.S.C. § 1117(b) because of

11 Defendants' willful trademark and service mark infringement and use of

12 counterfeit mark.

13     42.    Alternatively, Plaintiff is entitled to statutory damages under

14 15 U.S.C. § 1117(c), which should be enhanced under 15 U.S.C. § 1117(c)(2)

15 because of Defendants' willful trademark and service mark infringement.

16     43.    Plaintiff has no adequate remedy at law for Defendants' wrongful

17 conduct, which has caused Plaintiff irreparable injury.  Plaintiff is informed and

18 believes, and based thereon alleges, that Defendants are continuing and will

19 continue their activities in infringing the Plaintiff's JEWELEX mark through

20 Defendants' domain name, toll free number, corporate name, inventory

21 numbering system, and product labeling.  Accordingly, Plaintiff is entitled to

22 injunctive relief under 15 U.S.C. § 1116(a) and is also entitled to a court order

23 that Defendants' infringing internet link be impounded, that Defendants'

24 products labeled with Plaintiff's JEWELEX mark be impounded, under 15

25 U.S.C. §§ 1116(a) and 1116(d)(1)(A) and 28 U.S.C. § 1651.

26     44.    Plaintiff is further entitled to receive its attorneys' fees and costs of

27 suit under 15 U.S.C. § 1117.

28 ///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

# SECOND CAUSE OF ACTION FOR

## False Designation of Origin, False Description and Misrepresentation

## [15 U.S.C. § 1125(a)]

45.     Plaintiff repeats, realleges and incorporates herein by reference all the allegations of Paragraphs 1 through 44 as if set forth at length.

46.     Plaintiff has used in interstate commerce Plaintiff's "JEWELEX." trademark for the sale of its products, including but not limited to the fine jewelry and services which are readily recognized by purchasers and the public and are understood to indicate that the products originate with Plaintiff and are genuine products of Plaintiff.

47.     Since Plaintiff began to use its "JEWELEX." trademarks and service marks, it has been and still is owner of the "JEWELEX, " "JEWELEX, Dream it. Do it." and "www.JEWELEXGROUP.com" as the corporation JEWELEX NEW YORK, LTD. with the right to enforce infringement of such trademarks and service marks in the United States.

48.     The continued use by Defendants of "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and "WWW.JEWELEXINC.COM" marks, which are various uses of the Plaintiff's "JEWELEX" mark, in interstate commerce in association with the sale of jewelry constitutes false designation of origin, false description, and misrepresentation that Defendants are an authorized distributor or franchisee having products originate from the Plaintiff or that Defendants' products are sponsored, approved, or authorized by Plaintiff, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49.     The continued use by Defendants of their various uses of the Plaintiff's "JEWELEX" mark in interstate commerce in association with the sale of jewelry constitutes false designation of origin, false description, and misrepresentation of the nature, characteristics, qualities, or geographic origin of Defendants' products, goods, services, or commercial activities in violation

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

1    of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

2        50.    Plaintiff is informed and believes, and based thereon alleges that

3    Defendants are willfully and deliberately using Plaintiff's "JEWELEX" mark in

4    interstate commerce in connection with Defendants' products for the express

5    purpose of engaging in unfair competition with Plaintiff, and that such

6    Defendants' conduct is malicious and oppressive.

7        51.    As a result of Defendants' false designation of origin, false

8    description, and misrepresentation, Plaintiff has lost sales and profits and has

9    also suffered and will continue to suffer irreparable injury to its business

10   reputation and goodwill, and is therefore entitled to receive maximum damages

11   allowable under the Lanham Act from and against Defendants.

12       52.    In addition to Plaintiff's actual damages, Plaintiff is entitled to receive

13   Defendants' profits under 15 U.S.C. § 1117(a).  Plaintiff's actual damages and

14   the amount of profit received from Defendants should be trebled under 15

15   U.S.C. § 1117(b) because of Defendants' willful trademark and service mark

16   infringement.

17       53.    Alternatively, Plaintiff is entitled to statutory damages under

18   15 U.S.C. § 1117(c), which should be enhanced under 15 U.S.C. § 1117(c)(2)

19   because of Defendants' willful trademark and service mark infringement.

20       54.    Plaintiff is informed and believes, and based thereon alleges that

21   Defendants will continue to commit the above alleged malicious and oppressive

22   acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

23   to suffer great and irreparable harm unless Defendants are enjoined from

24   committing such acts.

25                    **THIRD CAUSE OF ACTION FOR**

26                    **Federal Trademark Dilution**

27                    **[15 U.S.C. 1125(c)]**

28       55.    Plaintiff repeats, realleges and incorporates herein by reference all the

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

1 | allegations of Paragraphs 1 through 54 as if set forth at length.

2 | 56.    Plaintiff's trademark and service mark "JEWELEX" is distinctive and

3 | famous, and has been used in interstate commerce and international commerce

4 | and is well known to the trade and members of the purchasing public. The

5 | public generally associates and identifies Plaintiff's "JEWELEX" trademark

6 | and service mark with the Plaintiff.

7 | 57.    The continued use by Defendants of "JEWELEX," "JEWELEX, Inc.,"

8 | "866-9-JEWELX", "JLX,"  and "WWW.JEWELEXINC.COM" marks, which

9 | are various uses of Plaintiff's "JEWELEX." trademark and service mark, in

10 | interstate commerce in association with the sale of directly competing products

11 | and services constitutes trademark dilution in violation of § 43(c) of the

12 | Lanham Act, 15 U.S.C. § 1125(c).

13 | 58.    Plaintiff is informed and believes, and based thereon alleges that

14 | Defendants willfully and deliberately used Plaintiff's "JEWELEX." mark in

15 | interstate commerce in connection with Defendants' business and products for

16 | the express purpose of engaging in unfair competition with Plaintiff, and that

17 | such Defendants' conduct is malicious and oppressive.

18 | 59.    As a result of Defendants' willful and intentional conduct in

19 | trademark dilution, Plaintiff has lost sales and profits and has also suffered and

20 | will continue to suffer irreparable injury to its business reputation and goodwill,

21 | and is therefore entitled to receive maximum damages allowable under the

22 | Lanham Act from and against Defendants.

23 | 60.    In addition to Plaintiff's actual damages, Plaintiff is entitled to receive

24 | Defendants' profits under 15 U.S.C. § 1117(a).  Plaintiff's actual damages and

25 | the amount of profit received from Defendants should be trebled under 15

26 | U.S.C. § 1117(b) because of Defendants' willful trademark and service mark

27 | infringement.

28 | 61.    Alternatively, Plaintiff is entitled to statutory damages under

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

1   15 U.S.C. § 1117(c), which should be enhanced under 15 U.S.C. § 1117(c)(2)

2   because of Defendants' willful trademark and service mark infringement.

3       62.   Plaintiff is informed and believes, and based thereon alleges that

4   Defendants will continue to commit the above alleged malicious and oppressive

5   acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

6   to suffer great and irreparable harm unless Defendants are enjoined from

7   committing such acts.

8                        **FOURTH CAUSE OF ACTION FOR**

9                        **Federal Unfair Competition**

10                        **[15 U.S.C. § 1125(a)]**

11      63.   Plaintiff repeats, realleges and incorporates herein by reference all of

12   the allegations contained in the above Paragraphs 1 through 62, inclusive, and

13   incorporates these allegations herein by reference.

14      64.   Plaintiff is informed and believes, and based thereon alleges that

15   Defendants has used in the State of California and in interstate commerce

16   "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and

17   "WWW.JEWELEXINC.COM" marks which are a reproduction, counterfeit,

18   and/or colorable imitation of Plaintiff's "JEWELEX" trademark and service

19   mark for the sale of directly competing products and services which are likely to

20   cause confusion, mistake, or deception as to the source, origin, sponsorship or

21   approval of Defendants' products.

22      65.   Defendants' wrongful conduct alleged above constitutes unfair

23   competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

24      66.   Plaintiff is informed and believes, and based thereon alleges that

25   Defendants willfully and deliberately committed the wrongful conduct alleged

26   above for the express purpose of engaging in unfair competition with Plaintiff,

27   and that such conduct of Defendants is malicious and oppressive.

28   ///

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

67.    As a result of Defendants' willful conduct of unfair competition, Plaintiff has lost sales and profits and has also suffered and will continue to suffer irreparable injury to its business reputation and goodwill, and is therefore entitled to receive maximum damages allowable under the Lanham Act from and against Defendants.

68.    In addition to Plaintiff's actual damages, Plaintiff is entitled to receive Defendants' profits under 15 U.S.C. § 1117(a).  Plaintiff's actual damages and the amount of profit received from Defendants should be trebled under 15 U.S.C. § 1117(b) because of Defendants' willful trademark and service mark infringement.

69.    Alternatively, Plaintiff is entitled to statutory damages under 15 U.S.C. § 1117(c), which should be enhanced under 15 U.S.C. § 1117(c)(2) because of Defendants' willful trademark and service mark infringement.

70.    Plaintiff is informed and believes, and based thereon alleges that Defendants will continue to commit the above alleged malicious and oppressive acts, and as a result, Plaintiff has no adequate remedy at law, and will continue to suffer great and irreparable harm unless Defendants are enjoined from committing such acts.

## FIFTH CAUSE OF ACTION FOR

### Federal Cyberpiracy

### [15 U.S.C. § 1125(d)]

71.    Plaintiff repeats, realleges and incorporates herein by reference all the allegations of Paragraphs 1 through 70 as if set forth at length.

72.    Plaintiff is informed and believes, and based thereon alleges that Defendants have used in the State of California and in interstate commerce "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and "WWW.JEWELEXINC.COM" marks which are a reproduction, counterfeit, and/or colorable imitation of Plaintiff's "JEWELEX" trademark and service

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   mark for the sale of directly competing products which is likely to cause
2   confusion, mistake, or deception as to the source, origin, sponsorship or
3   approval of Defendants' products and services.

4   73.     Plaintiff realleges that its mark is famous and distinctive at the time of
5   registration of Defendants' domain name.  Plaintiff is informed and believes,
6   and based thereon alleges that Defendants' internet domain name, advertising
7   and telephone number are identical to, confusingly similar to, and/or dilutive of
8   Plaintiff's name and trademarks and service marks.  Plaintiff is informed and
9   believes, and based thereon alleges that Defendants created internet domain
10  name and advertising willfully, intentionally and knowing that such was
11  identical to, confusingly similar to, and/or dilutive of Plaintiff's name and
12  trademarks and service marks and did so for the purpose to profit from the use
13  of Plaintiff's mark in bad faith.

14  74.     Plaintiff is informed and believes, and based thereon alleges that
15  Defendants have used the entirety of Plaintiff's trademark and service mark
16  within its website and internet advertising and promoting for the sale of directly
17  competing products which are likely to cause confusion, mistake, or deception
18  as to the source, origin, sponsorship or approval of Defendants' products.

19  75.     Plaintiff is informed and believes, and based thereon alleges, that
20  Defendants' use of Plaintiff's mark does not constitute bona fide
21  noncommercial or fair use of the Plaintiff's mark.

22  76.     Plaintiff is informed and believes, and based thereon alleges, that
23  Defendants' use of Plaintiff's mark in Defendants' domain name is primarily for
24  the intent to divert consumers from the Plaintiff's online location to a site
25  accessible under the Defendants domain name that could harm the business and
26  goodwill represented by the mark for commercial gain, by creating a likelihood
27  of confusion as to the source, sponsorship, affiliation, or endorsement of the
28  Defendants' web sites.

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BLVD. 3RD AND, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

- 17 -
COMPLAINT

77.     Defendants' wrongful conduct alleged above constitutes unfair competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(d).

78.     Plaintiff is informed and believes, and based thereon alleges that Defendants willfully and deliberately committed the wrongful conduct alleged above for the express purpose of engaging in cyberpiracy with Plaintiff, and that such conduct of Defendants is malicious and oppressive.  As a result of Defendants' willful and intentional conduct in cyberpiracy, Plaintiff has lost sales and profits and has also suffered and will continue to suffer irreparable injury to its business reputation and goodwill, and is therefore entitled to receive maximum damages allowable under Federal statutes from and against Defendants.

79.     As a result of Defendants' willful conduct of cyberpiracy, Plaintiff has lost sales and profits and has also suffered and will continue to suffer irreparable injury to its business reputation and goodwill, and is therefore entitled to receive maximum damages allowable under the Lanham Act from and against Defendants.

80.     As a result of Defendants' cyberpiracy of Plaintiff's "JEWELEX." trademark and service mark, Plaintiff has been damaged in an amount not yet determined but which will be proven at the time of trial.

81.     In addition to Plaintiff's actual damages, Plaintiff is entitled to receive Defendants' profits under 15 U.S.C. § 1117(a).  Plaintiff's actual damages and the amount of profit received from Defendants should be trebled under 15 U.S.C. § 1117(b) because of Defendants' willful trademark and service mark infringement.

82.     Alternatively, Plaintiff is entitled to statutory damages under 15 U.S.C. § 1117(c), which should be enhanced under 15 U.S.C. § 1117(c)(2) because of Defendants' willful trademark and service mark infringement.

83.     Plaintiff is informed and believes, and based thereon alleges that

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1    Defendants will continue to commit the above alleged malicious and oppressive

2    acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

3    to suffer great and irreparable harm unless Defendants are enjoined from

4    committing such acts.

### SIXTH CAUSE OF ACTION

### State Trademark and Service Mark Dilution

### [California Business & Professions Code §§ 14245, *et seq.*]

8    84.    Plaintiff repeats, realleges and incorporates herein by reference all the

9    allegations of Paragraphs 1 through 83 as if set forth at length.

10    85.    Plaintiff's "JEWELEX" mark is distinctive and famous, and has been

11    used in the State of California and in interstate commerce as is well known to

12    the trade and members of the purchasing public. The public generally associates

13    and identifies the "JEWELEX" mark with the Plaintiff.

14    86.    The continued use by Defendants of the Plaintiff's "JEWELEX"

15    trademark and service mark in the State of California and in interstate

16    commerce in association with the sale of directly competing products which

17    compete directly with the products sold by Plaintiff constitutes trademark and

18    service mark dilution in violation of § 14330 of California Business and

19    Professions Code.

20    87.    Plaintiff is informed and believes, and based thereon alleges that

21    Defendants willfully and deliberately used Plaintiff's "JEWELEX" mark in

22    interstate commerce in connection with Defendants' business and products for

23    the express purpose of engaging in unfair competition with Plaintiff, and that

24    such Defendants' conduct is malicious and oppressive.

25    88.    As a result of Defendants' willful and intentional conduct in

26    trademark and service mark dilution, Plaintiff has lost sales and profits and has

27    also suffered and will continue to suffer irreparable injury to its business

28    reputation and goodwill, and is therefore entitled to receive maximum damages

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1    allowable under California statutes from and against Defendants.

2        89.    Plaintiff is informed and believes, and based thereon alleges that

3    Defendants will continue to commit the above alleged malicious and oppressive

4    acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

5    to suffer great and irreparable harm unless Defendants are enjoined from

6    committing such acts.

7                    **SEVENTH CAUSE OF ACTION FOR**

8                **California Statutory Unfair Competition**

9          **[California Business & Professions Code §§ 17200 *et seq.*]**

10        90.    Plaintiff repeats, realleges and incorporates herein by reference all of

11    the allegations contained in the above Paragraphs 1 through 89, inclusive, and

12    incorporates these allegations herein by reference.

13        91.    Defendants have engaged in unlawful, unfair and fraudulent

14    business practices by using in the State of California and in interstate commerce

15    it's the "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

16    "WWW.JEWELEXINC.COM" marks, which are confusingly similar with the

17    Plaintiff's "JEWELEX" trademark and service mark for sale of directly

18    competing products, and which are likely to cause confusion, mistake, or

19    deception as to the source, origin, sponsorship or approval of Defendants'

20    products, all for the express purpose of unfairly competing with Plaintiff in

21    violation of California Business & Professions Code §§ 17200 *et seq.*

22        92.    Defendants have engaged in unlawful, unfair and fraudulent

23    business practices by using in the State of California and in interstate commerce

24    its "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

25    "WWW.JEWELEXINC.COM" marks, which are confusingly similar with the

26    Plaintiff's "JEWELEX" trademark and service mark for sale of directly

27    competing products, and which use of Plaintiff's "JEWELEX" mark by

28    Defendants constitutes acts that are likely to cause confusion, mistake, or

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

deception as to the source, origin, sponsorship or approval of Defendants' products, all for the express purpose of unfairly competing with Plaintiff in violation of California Business & Professions Code §§ 17200 *et seq.*

93.     Plaintiff is informed and believes, and based thereon alleges that Defendants willfully and deliberately committed the wrongful conduct alleged above for the express purpose of engaging in unfair competition with Plaintiff, and that such Defendants' conduct is malicious and oppressive.

94.     As a result of Defendants' willful and intentional conduct of unfair competition, Plaintiff has lost sales and profits and has also suffered and will continue to suffer irreparable injury to its business reputation and goodwill, and is therefore entitled to receive maximum damages allowable under California statutes from and against Defendants.

95.     Plaintiff is informed and believes, and based thereon alleges that Defendants will continue to commit the above alleged malicious and oppressive acts, and as a result, Plaintiff has no adequate remedy at law, and will continue to suffer great and irreparable harm unless Defendants are enjoined from committing such acts.

## EIGHTH CAUSE OF ACTION

### California Statutory False Advertising

### [California Business & Professions Code § 17500]

96.     Plaintiff repeats, realleges and incorporates herein by reference all the allegations of Paragraphs 1 through 95 as if set forth at length.

97.     The activities of Defendants set forth above, including the use by Defendants of "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and "WWW.JEWELEXINC.COM" in connection with Defendants' products, including the indelible stamping of Plaintiff's "JEWELEX" mark on the interior or underside of Defendants' jewelry, constitute wrongful dissemination, or inducing the wrongful dissemination, before the public of the State of California

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   of untrue and misleading statements.  Upon information and belief, such acts

2   were known, or with the exercise of reasonable care, should have been known,

3   by Defendants to be untrue and misleading, and were committed with the intent

4   to induce customers to purchase the products of Defendants, all in violation of

5   California Business and Professions Code § 17500.

6      98.   Plaintiff is informed and believes, and based thereon alleges that

7   Defendants willfully and deliberately committed the wrongful conduct alleged

8   above for the express purpose of engaging in unfair competition with Plaintiff,

9   and that such Defendants' conduct is malicious and oppressive.

10     99.   As a result of Defendants' willful and intentional conduct of false

11   advertising, Plaintiff has lost sales and profits and has also suffered and will

12   continue to suffer irreparable injury to its business reputation and goodwill, and

13   is therefore entitled to receive maximum damages allowable under California

14   statutes from and against Defendants.

15     100.  Plaintiff is informed and believes, and based thereon alleges that

16   Defendants will continue to commit the above alleged malicious and oppressive

17   acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

18   to suffer great and irreparable harm unless Defendants are enjoined from

19   committing such acts.

20     101   Plaintiff is entitled to civil penalties in the amount of two thousand

21   five hundred dollars ($2,500.00) for each violation of California Business and

22   Professions Code § 17500, the number of violations not yet determined but

23   which will be proven or determined at the time of trial.

24     102.  Defendants are additionally liable under  California Business and

25   Professions Code § 17500 for a civil penalty of two thousand five hundred

26   dollars ($2,500.00) for each violation of this chapter perpetrated against one or

27   more senior citizens, or disabled persons.  The number of these  violations are

28   not yet determined but will be proven or determined at the time of trial.

## NINTH CAUSE OF ACTION FOR

### California Common Law Unfair Competition

### [California Common Law]

103.   Plaintiff repeats, realleges and incorporates herein by reference all of the allegations contained in the above Paragraphs 1 through 102 inclusive, and incorporates these allegations herein by reference.

104,   Defendants have engaged in unlawful, unfair and fraudulent business practices by using in the State of California and in interstate commerce the "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and "WWW.JEWELEXINC.COM" marks, which are confusingly similar with the Plaintiff's "JEWELEX" trademark and service mark for the sale of directly competing products, and which use are likely to cause confusion, mistake, or deception among the consuming public as to the source, origin, sponsorship or approval of Defendants' Products, all for the express purpose of unfairly competing with Plaintiff in violation of the common law of the State of California.

105.   Plaintiff is informed and believes, and based thereon alleges that Defendants willfully and deliberately committed the wrongful conduct alleged above for the express purpose of engaging in unfair competition with Plaintiff, and that such Defendants' conduct is malicious and oppressive.

106.   As a result of Defendants' willful and intentional conduct of unfair competition, Plaintiff has lost sales and profits and has also suffered and will continue to suffer irreparable injury to its business reputation and goodwill, and is therefore entitled to receive maximum damages allowable under California statutes from and against Defendants.

107.   Plaintiff is informed and believes, and based thereon alleges that Defendants will continue to commit the above alleged malicious and oppressive

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

2   to suffer great and irreparable harm unless Defendants are enjoined from

3   committing such acts.

### TENTH CAUSE OF ACTION FOR

### California Common Law Intentional Interference with Current and

### Prospective Economic Advantage

### [California Common Law]

8   108.   Plaintiff repeats, realleges and incorporates herein by reference all

9   of the allegations contained in the above Paragraphs 1 through 107, inclusive,

10  and incorporates these allegations herein by reference.

11  109.   Defendants have engaged in unlawful, intentional, and interfering

12  business practices by using in the State of California and in interstate commerce

13  the "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

14  "WWW.JEWELEXINC.COM" marks, which are confusingly similar with the

15  Plaintiff's "JEWELEX" trademark and service mark for the sale of directly

16  competing products, and which use are likely to cause confusion, mistake, or

17  deception among the consuming public as to the source, origin, sponsorship or

18  approval of Defendants' Products, all for the express purpose of interfering with

19  Plaintiff's business and for diverting customers from Plaintiff's business in

20  violation of the common law of the State of California.

21  110.   As a result of Defendants' willful and intentional conduct of

22  intentional interference with current and prospective business, Plaintiff has lost

23  sales and profits and has also suffered and will continue to suffer irreparable

24  injury to its business, reputation and goodwill, and is therefore entitled to

25  receive maximum damages allowable under California statutes from and against

26  Defendants.

27  111.   Plaintiff is informed and believes, and based thereon alleges that

28  Defendants will continue to commit the above alleged malicious and oppressive

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   acts, and as a result, Plaintiff has no adequate remedy at law, and will continue

2   to suffer great and irreparable harm unless Defendants are enjoined from

3   committing such acts.

## ELEVENTH CAUSE OF ACTION FOR

### Constructive Trust

### [Cal. Civ. Code. § 2224]

7   112.   Plaintiff repeats, realleges and incorporates herein by reference all

8   of the allegations contained in the above Paragraphs 1 through 112, inclusive,

9   and incorporates these allegations herein by reference.

10   113.   Plaintiff is informed and believes, and based thereon alleges, that

11   Defendants have made and retained illegal profits from its wrongful conduct

12   alleged above, all of which profits belong to Plaintiff.

13   114.   Plaintiff is presently unaware of where the Defendants may have

14   deposited its illegal profits.  However, Plaintiff is informed and believes, and

15   based thereon alleges, that Defendants' illegal profits, whether in the form of

16   cash, bank accounts, inventory, equipment or other forms of personal property,

17   or in the form of real property, will eventually be traced through appropriate

18   legal process in connection with this action.

19   115.   By virtue of its wrongful conduct, Defendants holds the illegal

20   profits as constructive trustee for the benefit of Plaintiff under Cal. Civ. Code

21   § 2224.

## TWELFTH CAUSE OF ACTION FOR

### Accounting

### [15 U.S.C.  § 1117]

25   116.   Plaintiff repeats, realleges and incorporates herein by reference all

26   of the allegations contained in the above Paragraphs 1 through 115, inclusive,

27   and incorporates these allegations herein by reference.

28   117.   Plaintiff is entitled to recover any profits of Defendants that are

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1   attributable to the wrongful conduct of infringement under 15 U.S.C. § 1117.

2       118.   Plaintiff is also entitled to actual or statutory damages sustained by

3   virtue of Defendants' wrongful conduct of infringement under 15 U.S.C. §

4   1117.

5       119.   The amount of money due from Defendants to Plaintiff is unknown

6   to Plaintiff and cannot be ascertained without an accounting of the number of

7   counterfeit and infringing products offered for sale, distributed or sold by

8   Defendants through its wrongful use of Plaintiff's trademark and service mark

9   as set forth above.

10      120.   Accordingly, Plaintiff prays for an accounting from Defendants for

11  all monies illegally made by Defendants based on the wrongful conduct as

12  alleged above.

13

14  **WHEREFORE**, Plaintiff prays for judgment against Defendants. as follows:

15      1.     That this Court adjudge that the Plaintiff's mark "JEWELEX" is

16  valid, famous, and distinctive for jewelry, and that Plaintiff has the right to sell

17  products and provide services under "JEWELEX." and to enforce any

18  infringement of the mark "JEWELEX"  against any third party infringer;

19      2.     That the Court adjudge that Defendants have infringed Plaintiff's

20  "JEWELEX." mark in violation of § 32(1) the Lanham Act, 15 U.S.C.

21  § 1114(1), and that such trademark and service mark infringement was

22  committed willfully;

23      3.     That  this Court adjudge that Defendants have wrongfully used in

24  commerce, or induced the wrongful use in commerce, of false designation of

25  origin, false description and false representation by producing and selling

26  directly competing products including fine jewelry bearing the "JEWELEX,"

27  "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

28  "WWW.JEWELEXINC.COM" marks, which are in direct competition with the

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 782-0900

1  fine jewelry sold by Plaintiff under the "JEWELEX" mark in violation of

2  § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that such false designation

3  of origin, false description and false representation were committed willfully;

4       4.     That the Court adjudge that Defendants' use of the "JEWELEX,"

5  "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

6  "WWW.JEWELEXINC.COM" marks have diluted the trademark and service

7  mark for "JEWELEX" and caused injury to Plaintiff's goodwill and business

8  reputation in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and

9  that such trademark and service mark dilution was committed willfully;

10       5.     That this Court adjudge that Defendants have competed unfairly or

11  induced acts of unfair competition with Plaintiff in violation of § 43(a) of the

12  Lanham Act, 15 U.S.C. § 1125(a), and that such unfair competition was

13  committed willfully;

14       6.     That this Court adjudge that the mark "JEWELEX" is valid,

15  famous, and distinctive, at the time of registration of the Defendants' domain

16  name;

17       7.     That this Court adjudge that Defendants' use of the "JEWELEX,"

18  "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

19  "WWW.JEWELEXINC.COM" marks, are identical or confusingly similar to or

20  dilutive of Plaintiff's trademark and service mark in violation of § 43(c) of the

21  Lanham Act, 15 U.S.C. § 1125(d);

22       8.     That this Court adjudge that Defendants' use of the "JEWELEX,"

23  "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and

24  "WWW.JEWELEXINC.COM" marks extensively or entirely use Plaintiff's

25  trademark and service mark in its domain names and website in violation of

26  § 43(c) of the Lanham Act, 15 U.S.C. § 1125(d);

27       9.     That this Court adjudge that Defendants' domain name,

28  "www.JEWELEXINC.com," consist of the legal name of the Plaintiff or a name

1  that is commonly used to identify the Plaintiff in violation of § 43(c) of the

2  Lanham Act, 15 U.S.C. § 1125(d);

3        10.    That this Court adjudge that Defendants' use of "JEWELEX,"

4  "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and

5  "WWW.JEWELEXINC.COM" are neither bona fide noncommercial use nor

6  fair use of Plaintiff's trademark and service mark in violation of § 43(c) of the

7  Lanham Act, 15 U.S.C. § 1125(d);

8        11.    That this Court adjudge that Defendants' use of Plaintiff's

9  trademark and service mark is with the intent to divert consumers from the

10  Plaintiff's online location to the Defendants' online location for commercial

11  gain by creating a likelihood of confusion as to the source, sponsorship,

12  affiliation, or endorsement of the site in violation of § 43(c) of the Lanham Act,

13  15 U.S.C. § 1125(d);

14        12.    That this Court adjudge that Defendants' use of Plaintiff's

15  trademark and service mark is with the intent to divert consumers from the

16  Plaintiff's online location to the Defendants' online location for commercial

17  gain by creating a likelihood of confusion as to the source, sponsorship,

18  affiliation, or endorsement of the site in violation of § 43(c) of the Lanham Act,

19  15 U.S.C. § 1125(d);

20        13.    That this Court adjudge that Defendants' use of its infringing

21  "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and

22  "WWW.JEWELEXINC.COM" marks have diluted the Plaintiff's "JEWELEX,

23  " "JEWELEX, Dream it. Do it." and "www.JEWELEXGROUP.com" marks to

24  which Plaintiff has the right to sell products and services under the mark

25  "JEWELEX" and enforce infringement of such trademark and service mark, and

26  caused injury to Plaintiff's goodwill and business reputation in violation of

27  California Business & Professions Code § 14245, and that such trademark and

28  service mark dilution was committed willfully;

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

14.    That this Court adjudge that  Defendants' use of its infringing "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX,"  and "WWW.JEWELEXINC.COM" marks have diluted the Plaintiff's "JEWELEX," mark  to which Plaintiff has the right to sell products under the mark "JEWELEX" and enforce infringement of such trademark and service mark, and caused injury to Plaintiff's goodwill and business reputation in violation of California Business & Professions Code § 14245, and that such trademark and service mark dilution was committed willfully;

15.    That this Court adjudge that Defendants have competed unfairly or induced acts of unfair competition with Plaintiff in violation of California Business & Professions Code §§ 17200, *et seq.*, and that such unfair competition was committed willfully;

16.    That  this Court adjudge that Defendants have committed false advertising by wrongfully disseminating, or inducing the wrongful dissemination of, untrue and misleading statements before the public of the State of California which were known, or with exercise of reasonable care should have been known, to be untrue and misleading, and that the acts of Defendants were committed with the intent to induce consumers to purchase directly competing products from Defendants, believing that they were somehow affiliated with Plaintiff, all in violation of California Business & Professions Code § 17500, and that such false advertising was committed willfully;

17.    That this Court adjudge that Defendants have competed unfairly or induced acts of unfair competition with Plaintiff in violation of the common law of the State of California, and that such unfair competition was committed willfully;

18.    That this Court adjudge that Defendants have interfered with the current and prospective business of Plaintiff in violation of the common law of

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

1  the State of California, and that such interference was committed intentionally;

2    19.    That this Court grant a preliminary injunction and thereafter

3  a permanent injunction enjoining Defendants in this action and all of its

4  officers, agents, servants, employees, representatives, attorneys, parents,

5  subsidiaries, divisions, and any and all others in active concert or participation

6  with Defendants. in this action, and each of them from:

7    (i)    directly or indirectly using or causing the use of any of the

8           following in connection with advertising, distribution,

9           display, offering for sale, selling or providing any products

10          which include any of the following:

11   (a)    the mark "JEWELEX," "JEWELEX, Inc.," "866-9-

12          JEWELX", "JLX," and

13          "WWW.JEWELEXINC.COM" marks or variations

14          thereof that are phonetic equivalents or that are likely

15          to cause confusion, mistake, or deception among the

16          consuming public as to the source of origin or

17          products bearing the mark "JEWELEX", or that is

18          likely to confuse the consuming public as to the

19          sponsorship or association of Defendants or its

20          business, or that is likely to injure the goodwill and

21          business reputation of Plaintiff;

22   (b)    any false designation of origin, or any false

23          description of representation, or any false or

24          misleading statement in connection with the

25          advertising, offering for sale, or providing of products

26          which are automobile covers including, but not limited

27          to, representing by mark, words or conduct, that any

28          products made, used, offered for sale, advertised or

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0900

sold or distributed by Defendants originated with Plaintiff, or was authorized, sponsored or endorsed by, or otherwise connected with Plaintiff;

(ii)   providing, any false or misleading description of fact, or making any false or misleading representation of fact, which misrepresents in commercial advertising or promotion the nature, characteristics, qualities or geographic origin of Defendants' products;

(iii)   disseminating or inducing the dissemination of, before the public for the State of California, further untrue and misleading statements, in violation of California Business and Professions Code § 17500;

(iv)   causing further dilution to the distinctive quality of Plaintiff's marks, including "JEWELEX", or causing further injury to Plaintiff's business reputation, in violation of California Business and Professional Code § 14245; and

(v)   competing unfairly with Plaintiff in violation of California Business and Professions Code § 17200 and of the common law;

20.   That this Court issue a preliminary injunction and then a permanent injunction requiring Defendants, its officers, agents, servants, employees, attorneys, parents, subsidiaries, and divisions, and those in active concert or participation with them, and each of them, not to destroy, hide, move to any location in the United States or outside of the United States, and to deliver up to Plaintiff within thirty (30) days after entry of such injunction, remove all Defendants' mark from its locations, both online and physical, from its advertising, promotion and distribution, and from its products;

21.   That this Court order that Defendants not in any way use any of its

1    "JEWELEX," "JEWELEX, Inc.," "866-9-JEWELX", "JLX," and

2    "WWW.JEWELEXINC.COM" marks or any confusingly similar mark to

3    Plaintiff's trademark and service mark;

4        22.    That this Court order that an accounting be had to determine

5    Defendants' profits and the damages due to the Plaintiff because of Defendants'

6    infringing and unlawful activities, and that such profits and damages be

7    increased threefold and awarded to Plaintiff with interest, all in accordance with

8    15 U.S.C. 1117(a);

9        23.    That this Court award to Plaintiff increased damages against

10   Defendants to punish Defendants for their malicious and oppressive actions of

11   willful and deliberate violation of Plaintiff's rights;

12       24.    That this Court award Plaintiff all of its costs, and Plaintiff's

13   reasonable attorneys' fees in bringing this action;

14       25.    That this Court award treble damages against Defendants pursuant

15   to 15 U.S.C. § 1117;

16       26.    That this Court award civil penalties against Defendants and to

17   Plaintiff in the amount of two thousand five hundred dollars ($2,500.00) for

18   each violation of California Business and Professions Code § 17500; and

19       27.    That this Court award Plaintiff such other and further relief as the

20   Court may deemed just and proper.

21                                    **ROZSA LAW GROUP LC**

22
     Dated: May 13, 2003
23                                    _Thomas I Rozsa_
                                      Thomas I. Rozsa
24                                    18757 Burbank, Suite 220
                                      Tarzana, California 91356-3346
25                                    Telephone (818) 783-0990
                                      Facsimile (818) 783-0992
26
                                      Attorney for Plaintiff
27                                    Jewelex New York, Ltd.

28

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1

## DEMAND FOR JURY TRIAL

2

3        Plaintiff hereby makes its demand for a jury trial in this case.

4

5                                    **ROZSA LAW GROUP LC**

6

7
Dated: _May 13, 2008_        _Thomas D. Rozsa_

8                                    Thomas I. Rozsa
                                     18757 Burbank, Suite 220
9                                    Tarzana, California 91356-3346
                                     Telephone (818) 783-0990
10                                   Facsimile (818) 783-0992

11                                   Attorney for Plaintiff
                                     JEWELEX NEW YORK, LTD.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CPL.JWL.004

# EXHIBIT 1

**LexisNexis®** *Total Research System*

My Lexis™ ▼ Search ▼ Research Tasks ▼ Get a Document ▼ Shepard's® ▼ Alerts ▼ Total Litigator ▼ Transactional Advisor ▼ Counsel Selector ▼

Source: Legal > Area of Law - By Topic > Trademark Law > Find Registered Trademarks & Filings > **Combined Federal & State Trademarks**
Terms: **name(jewelex)** (Edit Search | Suggest Terms for My Search)

↰Select for FOCUS™ or Delivery

© *2007 CT Corsearch JEWELEX (WORDS ONLY)*

© 2007, CT Corsearch. All Rights Reserved.
Federal Trademarks

**Trademark Name: JEWELEX**

(WORDS ONLY)

**Filing Date:** June 12, 2003

**Serial Number:** 76-524864

**Official Gazette Status:** REGISTERED

**Status Date:** December 21, 2004

**Goods/Services:**
DISTRIBUTORSHIPS IN THE FIELD OF GOLD AND PLATINUM JEWELRY WITH PRECIOUS
STONES, NAMELY DIAMONDS, EMBEDDED IN THE GOLD JEWELRY AND PLATINUM JEWELRY
(INTERNATIONAL CLASS: 35; US CLASS: 100, 101, 102)

**International Class:**
35 (ADVERTISING AND BUSINESS SERVICES) - PRIMARY CLASS

**U.S. Class:**
100 (MISCELLANEOUS SERVICE MARKS) - SECONDARY CLASS
101 (ADVERTISING AND BUSINESS SERVICES)
102 (INSURANCE AND FINANCIAL SERVICES )

**Registration Number:** 2912207

**Registration Date:** December 21, 2004

**Register Type:** PRINCIPAL REGISTER

**Active/Inactive:** ACTIVE

**PTO Internal Status:** NOT AVAILABLE

**PTO Status Date:** December 21, 2004

**First Use Date:** June, 1998 (INTERNATIONAL CLASS: 35; US CLASS: 100, 101,
102)

**First Commerce Date:** June, 1998 (INTERNATIONAL CLASS: 35; US CLASS: 100,
101, 102)

**Publication Date:** September 28, 2004

**Correspondent:** THOMAS I. ROZSA
ROZSA & CHEN LLP
15910 VENTURA BLVD. SUITE 1601, ENCINO, CA 91436

**Word Count:** 1

**Description of Mark:** THE MARK CONSISTS OF THE WORD "JEWELEX" AS SHOWN IN THE DRAWING.

*********************** **OWNERSHIP INFORMATION** ***********************

**Owner:** JEWELEX NEW YORK LTD. (NEW YORK CORPORATION)
22 W. 48TH STREET, SUITE 1500
NEW YORK, NY 10036
AS OF December 21, 2004

Owner at Publication:
JEWELEX NEW YORK LTD. (NEW YORK CORPORATION)
22 W. 48TH STREET, SUITE 1500
NEW YORK, NY 10036
AS OF September 28, 2004


EXHIBIT |
Page 34

Applicant:
    JEWELEX NEW YORK LTD. (NEW YORK CORPORATION)
    22 W. 48TH STREET, SUITE 1500
    NEW YORK, NY 10036
    AS OF June 12, 2003

**Registrant:** JEWELEX NEW YORK LTD. (NEW YORK CORPORATION)
    22 W. 48TH STREET, SUITE 1500
    NEW YORK, NY 10036
    AS OF December 21, 2004

**Applicant:** JEWELEX NEW YORK LTD. (NEW YORK CORPORATION)
    22 W. 48TH STREET, SUITE 1500
    NEW YORK, NY 10036
    AS OF June 12, 2003


**************** TRADEMARK TRIAL AND APPEAL BOARD INFORMATION *************

Plaintiff in Cancellation:
THE JEWELEX COLLECTION INCORPORATED

    Proceeding Type: CANCELLATION
    Proceeding Number: 044267
    Filing Date: March 02, 2005
    Plaintiff Serial Number: 78-352174
    Plaintiff Trademark: JEWELEX.COM
Defendant in Cancellation: JEWELEX NEW YORK LTD.
    Defendant Serial Number: 76-524864
    Defendant Registration Number: 2912207
    Defendant Trademark: JEWELEX
    Status: TERMINATED
    Status Date: September 24, 2007
    Comments: WITHDRAWAL OF CANCELLATION PETITION
    Update Date: September 25, 2007


Source:  Legal > Area of Law - By Topic > Trademark Law > Find Registered Trademarks & Filings > **Combined Federal & State Trademarks**  ᵢ
Terms:  **name(jewelex)**  (Edit Search | Suggest Terms for My Search)
 View:  Full
Date/Time:  Wednesday, May 7, 2008 · 2:53 PM EDT



🐾 LexisNexis    About LexisNexis  ᵢ Terms & Conditions  ᵢ Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT (
Page 35

# EXHIBIT 2





EXHIBIT 2

Page 36





| | | |
|---|---|---|
| **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... |
| Price : $2,520.00 | Price : $2,200.00 | Price : $2,112.00 |





| | | |
|---|---|---|
| **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... | **Micro-Pave Semi-Mount Diamond Engagement Ring** More details ... |
| Price : $920.00 | Price : $1,800.00 | Price : $3,260.00 |





| | | |
|---|---|---|
| **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... |
| Price : $1,672.00 | Price : $2,724.00 | Price : $3,120.00 |





| | | |
|---|---|---|
| **Semi-Mount Diamond Engagement Ring** More details ... | **Micro-Pave Semi-Mount Diamond Engagement Ring** More details ... | **Micro-Pave Semi-Mount Diamond Engagement Ring** More details ... |
| Price : $3,832.00 | Price : $2,816.00 | Price : $3,600.00 |





| | | |
|---|---|---|
| **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... | **Semi-Mount Diamond Engagement Ring** More details ... |
| Price : $2,252.00 | Price : $1,588.00 | Price : $4,096.00 |



EXHIBIT 2
Page 37



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,948.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,844.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $1,752.00



**Micro-Pave Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,024.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $752.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,244.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,700.00



**Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,180.00



**Micro-Pave Semi-Mount Diamond Engagement Ring**
More details ...

Price : $2,552.00

  

Home    |    Categories    |    Specials    |    New Items    |    Contact Us    |    Policies

EXHIBIT 2

Page 38





Home | Contact Us | About Us | Policies

Toll Free: 866-9-JEWELX
866-953-9359





LOOSE DIAMONDS          ENGAGEMENT RINGS          NEW ARRIVALS     |     SPECIAL OFFERS     |     MY ACCOUNT

Search: [enter item #] [GO]

: Advanced Search :

**SHOP BY PRODUCT**

One-Piece Designs
Two-Piece Designs
Three-Piece Designs
Diamond Earrings
Diamond Bracelets
Diamond Pendants

**LOOSE DIAMONDS**

Shape: [Cushion]

From:    To:
$ [____]  $ [____]

[Search]  Advanced Search

» **You are at >** One-Piece Designs

View by Price [All]          Items Per Page [48]    [  ]

1 - 48 of 161 Results    Page 1 of 4

1    2    3    4    >





**JLX-P1-1 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $4,300.00

**JLX-P1-2 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,260.00

**JLX-P1-3 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,600.00




**JLX-P1-4 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,476.00

**JLX-P1-5 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,916.00

**JLX-P1-6 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,816.00






**JLX-P1-7 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,860.00

**JLX-P2-1 Micro-Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,552.00

**JLX-P2-2 Pave Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $4,720.00



EXHIBIT 2

Page 39

JLX-P2-3 Pave
Semi-Mount
Diamond
Engagement
Ring
View |
Retail Value:
$2,412.00

JLX-P2-4 Micro-Pave
Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,904.00

JLX-P2-5 Micro-Pave
Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$3,256.00



JLX-P2-6 Micro-Pave
Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$4,284.00

JLX-P3-1 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$3,700.00



JLX-P3-2 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$3,120.00



JLX-P3-3 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,568.00



JLX-P3-4 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,700.00



JLX-P3-5 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value: $920.00



JLX-P3-6 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,844.00



JLX-P3-7 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,180.00



JLX-P3-8 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$5,040.00



JLX-P3-9 Semi-Mount
Diamond
Engagement Ring
View |
Retail Value:
$2,252.00



JLX-P3-10 Semi-Mount
Diamond Engagement
Ring
View |
Retail Value: $2,520.00



JLX-P3-11 Semi-Mount
Diamond Engagement
Ring
View |
Retail Value: $2,948.00



EXHIBIT 2

Page 40



**JLX-P3-12 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,860.00



**JLX-P3-13 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $1,672.00



**JLX-P4-1 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,184.00



**JLX-P4-2 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,416.00



**JLX-P4-3 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $4,096.00



**JLX-P4-4 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $1,788.00



**JLX-P4-5 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,024.00



**JLX-P4-6 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,360.00



**JLX-P4-7 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $1,588.00



**JLX-P4-8 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,724.00



**JLX-P4-9 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $1,800.00



**JLX-P4-10 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,920.00



**JLX-P4-11 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $2,432.00



**JLX-P4-12 Semi-Mount Diamond Engagement Ring**
View |
Retail Value: $3,888.00



**JLX-P5-1 Semi-Mount Diamond Engagement Ring**
View |



EXHIBIT 2
Page 41
tabbies

Retail Value:
$1,752.00







**JLX-P5-2 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value: $920.00

**JLX-P5-3 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$1,620.00

**JLX-P5-4 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$2,724.00







**JLX-P5-5 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$1,900.00

**JLX-P5-6 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$2,860.00

**JLX-P5-7 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$2,780.00







**JLX-P5-8 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$2,200.00

**JLX-P5-9 Semi-Mount
Diamond
Engagement Ring**
View |
Retail Value:
$3,344.00

**JLX-P5-10 Semi-Mount
Diamond Engagement
Ring**
View |
Retail Value: $4,776.00

1 - 48 of 161 Results    Page 1 of 4

**1**   2   3   4   >

  

Home    |    Categories    |    Specials    |    New Items    |    Contact Us    |    Policies



EXHIBIT 2

Page 42

# EXHIBIT 3



Start a domain search:  [         ] [com ▾] [GO!]   ▸ Today's Offers   24/7 Sales & Support: (480)505-8877

Go Daddy.com®
The web
is your Domain!℠

Not sure what you need?
Your personal
guide can help!
▸ CLICK HERE

GET
.TV
$17.99 .TV SALE!
The perfect domain for
video & entertainment!

BOB PARSONS℠
Go Daddy Girls run America.
WARNING: REQUIRES A BENT
SENSE OF HUMOR.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

**WHOIS**
Search Results for:                          JEWELEXINC.COM

Search Again
Enter a Domain Name to Check
[                    ] [.com ▾] [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
MEHRAN SHANS
550 South Hill St.
Ste 1185
Los Angeles, California 90013
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: JEWELEXINC.COM
Created on: 31-Aug-07
Expires on: 31-Aug-12
Last Updated on: 13-Feb-08

Administrative Contact:
SHANS, MEHRAN nocontactsfound@secureserver.net
550 South Hill St.
Ste 1185
Los Angeles, California 90013
United States
2138911218 Fax -- 2138911220

Technical Contact:
SHANS, MEHRAN nocontactsfound@secureserver.net
550 South Hill St.
Ste 1185
Los Angeles, California 90013
United States
2138911218 Fax -- 2138911220

Domain servers in listed order:
NS2.LOGICMATEHOST.COM
NS1.LOGICMATEHOST.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Available TLDs

☐ JEWELEXINC.NET        $9.99/yr
☐ JEWELEXINC.ORG        $9.99/yr
☐ JEWELEXINC.INFO       $0.99/yr SAVE!
☐ JEWELEXINC.BIZ        $14.99/yr
☐ JEWELEXINC.US         $12.99/yr
☐ JEWELEXINC.NAME       $14.99/yr

You might also consider:

☐ JEWELEXINCSITE.COM    $9.99/yr
☐ SITEJEWELEXINC.COM    $9.99/yr
☐ JEWELEXINCONLINE.NET  $9.99/yr
☐ ONLINEJEWELEXINC.NET  $9.99/yr
☐ JEWELEXINCSTORE.ORG   $9.99/yr
☐ STOREJEWELEXINC.ORG   $9.99/yr
☐ JEWELEXINCNOW.INFO    $0.99/yr SAVE!
☐ NOWJEWELEXINC.INFO    $0.99/yr SAVE!
☐ JEWELEXINCBLOG.BIZ    $14.99/yr
☐ BLOGJEWELEXINC.BIZ    $14.99/yr
☐ JEWELEXINCSHOP.US     $12.99/yr
☐ SHOPJEWELEXINC.US     $12.99/yr
☐ JEWELEXINCTODAY.NAME  $14.99/yr

[ REGISTER NOW! ]

EXHIBIT 3
tabbies®
Page 43

Report Invalid Whois

See Underlying Registry Data

---

» **24/7 Sales and Support: (480) 505-8877**   »   **Billing Questions? Call (480)505-8855**   Free Email Updates! Enter address   GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates |
Resellers | Link to Us | ICANN Domain Confirmation

GoDaddy.tv | GoDaddyLive.com | BobParsons.tv | GoDaddyGirls.info | WildWestDomains.com

DomainNameAftermarket.com | GoDaddyConnections.com

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



EXHIBIT 3

Page 44

Case 2:08-cv-03182-DDP-SS   Document 1   Filed 05/14/08   Page 48 of 50   Page ID #:48

### Quick Links
[ Home Page| Photo Index| Vintage Swarovski| Vintage Beads| Vintage Findings]

Website Development by

# Shannon Sun

### Robert Bass, Webmaster
## ALL PHOTOGRAPHS © 1997-2008 by ROBERT BASS

### WE SHIP



### WORLDWIDE!



## TERMS OF SALE

### Number of Unique Visitors to this Site Since the End of the Triassic Period:



Logos

*© Copyright 1997-2008 by the Jewelex Collection Inc. NY 11566 USA*
*ph/fax: 1-516-771-9473*
*Business Hours 12-8 EST (0700-1500 GMT) more or less*
*All Rights Reserved*
*May Not be Reproduced in Whole nor in Part Without Express Written Permission from an Officer of Jewelex Inc.*

### About Jewelex.Com

### Privacy Statement

### Enter here



# EXHIBIT 4



California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of APR 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| JEWELEX, INC. | | |
| **Number:** C3021951 | **Date Filed:** 8/24/2007 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 550 S HILL ST STE 1185 | | |
| LOS ANGELES, CA 90013 | | |
| **Agent for Service of Process** | | |
| MEHRDAD SHANS | | |
| 550 S HILL ST STE 1185 | | |
| LOS ANGELES, CA 90013 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



**EXHIBIT** 4

tables'

Page 46