1  Thomas I. Rozsa, State Bar No. 080615
   **ROZSA LAW GROUP LC**
2  18757 Burbank Boulevard, Suite 220
   Tarzana, California 91356-3346
3  Telephone (818) 783-0990
   Facsimile (818) 783-0992
4  Email: [counsel@rozsalaw.com]

5  Attorney for Plaintiff
   Jewelex New York, Ltd.

6
   Sepehr Daghighian, State Bar No. 239349
7  **LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
   433 North Camden Drive, Fourth Floor
8  Beverly Hills, California 90210
   Telephone (310) 887-1333
9  Facsimile (310) 887-1334
   Email: [sepehr@daghighian.com]

10
   Attorney for Defendants
11 Jewelex, Inc., Mehrdad Shans,
   and Mehran Shans

12

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

13            **UNITED STATES DISTRICT COURT**

14         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                  **WESTERN DIVISION**

16  JEWELEX NEW YORK, LTD., a New     Case No.  CV08-03182 DDP(SSx)
    York corporation,
17                                     **CONSENT JUDGMENT**
              Plaintiff,
18
          vs.
19
    JEWELEX, INC., a California
20  corporation; MEHRDAD SHANS, an     Hon. Dean D. Pregerson
    individual, also known as MEHRAN   Courtroom: 3
21  SHANS; an individual; and DOES 1
    through 10, Inclusive,
22
              Defendants.
23

24

25          Plaintiff Jewelex New York, Ltd., having commenced this civil action

26  by filing its Complaint herein for Federal Trademark and Service Mark

27  Infringement; Federal False Designation of Origin,  False Description, and

28  False Representation; Federal Trademark Dilution; Federal Unfair

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  Competition; Federal Cyberpiracy; State Trademark Dilution; State Unfair

2  Competition; State False Advertising; Common Law Unfair Competition;

3  Intentional Interference with Current and Prospective Economic Advantage;

4  Constructive Trust; and Accounting (the "Complaint'); and Defendants

5  Jewelex, Inc., a California corporation whose principal business address is 550

6  South Hill Street, Suite 1185, Los Angeles, California 90013; Mehrdad Shans,

7  an individual whose principal business address is 550 South Hill Street, Suite

8  1185, Los Angeles, California 90013; and Mehran Shans, an individual whose

9  principal business address is 550 South Hill Street, Suite 1185, Los Angeles,

10  California 90013 in the above-entitled action (hereafter jointly "Defendants"),

11  have agreed to the entry of this Consent Judgment in settlement of disputed

12  claims without trial or adjudication of any issue of fact or law herein;

13       NOW, THEREFORE, prior to the taking of any testimony, civil

14  discovery and without trial or adjudication of any issue of fact of law herein,

15  and upon the consent of the parties hereto, it is hereby

16       ORDERED, ADJUDGED, AND DECREED as follows:

17    1.    This Court has jurisdiction of the subject matter herein and of each of

18  the parties consenting hereto. The Complaint states claims upon which relief

19  can be granted against Defendants under federal trademark and service mark

20  infringement in violation of § 32(1) of the Lanham Trademark Act, As

21  Amended (hereafter "the Lanham Act"), 15 U.S.C. § 1114(1); for federal false

22  designation of origin, false description and false representation, and federal

23  unfair competition, all in violation of § 43(a) of the Lanham Act, 15 U.S.C.

24  § 1125(a); for federal trademark dilution in violation of § 43(c) of the Lanham

25  Act, 15 U.S.C. § 1125(c);  for federal cyberpiracy in violation of § 43(d) of the

26  Lanham Act, 15 U.S.C. § 1125(d); for California state statutory trademark

27  dilution, and  California state statutory trademark infringement, all in violation

28  of California Business and Professions Code §§ 14245, *et seq.*; for California

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-8990

1   state statutory unfair competition in violation of California Business and

2   Professions Code §§ 17200, *et seq.*; for California state statutory false

3   advertising in violation of California Business and Professions Code § 17500;

4   for intentional interference with current and prospective economic advantage at

5   common law; for unfair competition at common law, and for accounting.

6       2.    Judgment is hereby entered in favor of the Plaintiff on Counts 1-12 as

7   alleged in the Complaint filed in this action. Defendants shall comply with the

8   provisions of this Consent Judgment.

9       3.    Defendants shall comply with the terms of the Settlement Agreement,

10   a copy of which Settlement Agreement is attached hereto as **Exhibit 1** and

11   incorporated herein by reference. Any failure by Defendants to comply with

12   the terms of the Settlement Agreement shall constitute a failure to comply with

13   this Paragraph 3 of this Consent Judgment.

14       4.    The Defendants, and all of their officers, agents, servants, employees,

15   representatives, attorneys, parents, subsidiaries, divisions, and any and all

16   others in active concert or participation with Defendants in this action, and

17   each of them are further enjoined from:

18       (i)    directly or indirectly using or causing the use of any of the

19       following in connection with advertising, distribution, display,

20       offering for sale, selling or providing any products which

21       include any of the following:

22       (a)    the mark "JEWELEX," "JEWELEX, Inc.," "866-9-

23       JEWELX", ~~"JLX,"~~ and

24       "WWW.JEWELEXINC.COM" marks or variations

25       thereof that are phonetic equivalents or that are likely

26       to cause confusion, mistake, or deception among the

27       consuming public as to the source of origin or

28       products bearing the mark "JEWELEX", or that is

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 787-0990

likely to confuse the consuming public as to the sponsorship or association of Defendants or its business, or that is likely to injure the goodwill and business reputation of Plaintiff;

(b)     any false designation of origin, or any false description of representation, or any false or misleading statement in connection with the advertising, offering for sale, or providing of products which are automobile covers including, but not limited to, representing by mark, words or conduct, that any products made, used, offered for sale, advertised or sold or distributed by Defendants originated with Plaintiff, or was authorized, sponsored or endorsed by, or otherwise connected with Plaintiff;

(ii)    providing, any false or misleading description of fact, or making any false or misleading representation of fact, which misrepresents in commercial advertising or promotion the nature, characteristics, qualities or geographic origin of Defendants' products;

(iii)   disseminating or inducing the dissemination of, before the public for the State of California, further untrue and misleading statements, in violation of California Business and Professions Code § 17500;

(iv)    causing further dilution to the distinctive quality of Plaintiff's marks, including "JEWELEX", or causing further injury to Plaintiff's business reputation, in violation of California Business and Professional Code § 14245;

1       (v)   competing unfairly with Plaintiff in violation of California

2             Business and Professions Code § 17200 and of the common

3             law; and

4       (vi)  That Defendants not in any way use any of its "JEWELEX,"

5 "JEWELEX, Inc.," "866-9-JEWELX", ~~"JLX,"~~ and

6 "WWW.JEWELEXINC.COM" marks or any confusingly similar mark to

7 Plaintiff's trademark and service mark "JEWELEX".

8

9                         **ROZSA LAW GROUP LC**

10 Dated: 5/27/08

11                         Thomas I. Rozsa

12                         18757 Burbank, Suite 220
Tarzana, California 91356-3346

13                         Telephone (818) 783-0990
Facsimile (818) 783-0992

14

15                         Attorney for Plaintiff
JEWELEX NEW YORK, LTD.

16                         **LAW OFFICES OF**

17                         **SEPEHR DAGHIGHIAN, P.C.**

18 Dated: 5/27/08

19                         Sepehr Daghighian

20                         433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210

21                         Telephone (310) 887-1333
Facsimile (310) 887-1334

22                         Email: [sepehr@daghighian.com]

23                         Attorney for Defendants
Jewelex, Inc., Mehrdad Shans,
and Mehran Shans

24 **IT IS SO ORDERED**

25 DATED: May 30, 2008

26

27        JUDGE DEAN D. PREGERSON

28        **UNITED STATES DISTRICT JUDGE**

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

# EXHIBIT 1

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into as of the **27** day of May, 2008 by and between Jewelex New York, Ltd., a New York corporation whose principal business address is 529 Fifth Avenue, 18th Floor, New York, New York 10017 ((hereafter "Jewelex New York, Ltd."); and Jewelex, Inc., a California corporation whose principal business address is 550 South Hill Street, Suite 1185, Los Angeles, California 90013; Mehrdad Shans, an individual whose principal business address is 550 South Hill Street, Suite 1185, Los Angeles, California 90013 (hereafter "Mehrdad Shans"); and Mehran Shans, an individual whose principal business address is 550 South Hill Street, Suite 1185, Los Angeles, California 90013 (hereafter "Mehran Shans").

## RECITALS

WHEREAS, Jewelex New York, Ltd. has filed a Complaint against Jewelex, Inc., Mehrdad Shans, and Mehran Shans in the Central District of the United States District Court, which has been assigned Case No. CV08-03182 DDP(SSx) (hereafter "Civil Action 08-03182") alleging causes of action for Federal Trademark and Service Mark Infringement; Federal False Designation of Origin, False Description, and False Representation; Federal Trademark Dilution; Federal Unfair Competition; Federal Cyberpiracy; State Trademark Dilution; State Unfair Competition; State False Advertising; Common Law Unfair Competition; Intentional Interference with Current and Prospective Economic Advantage; Constructive Trust; and Accounting; hereafter "Civil Action 08-03182");

WHEREAS, all Defendants including Jewelex, Inc., Mehrdad Shans and Mehran Shans were personally served with the Complaint on Thursday, May 15, 2008;

WHEREAS, Mehrdad Shans and Mehran Shans are the shareholders of Jewelex, Inc.;

WHEREAS, Jewelex, Inc., Mehrdad Shans and Mehran Shans are desirous of resolving all or the issues raised in Civil Action 08-03182 and Jewelex New York, Ltd. is also agreeable to resolving all or the matters raised in Civil Action 08-03182 pursuant to the terms and conditions of this Agreement:

NOW, THEREFORE, in consideration of the mutual promises and covenants as hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, Jewelex New York, Ltd., Jewelex, Inc., Mehrdad Shans and Mehran Shans hereby agree as follows:

1.      Incorporation of Recitals

The Recitals set forth above are incorporated into this Agreement in their entirety and made a part hereof.

2.      Activities of All Defendants which will be Terminated Effective No Later than May 20, 2008

For purposes of this Agreement, Defendants shall jointly be referred to as Jewelex, Inc., Mehrdad Shans, Mehran Shans and any other business entity owned or operated by Mehrdad Shans and Mehran Shans, either jointly or individually, regardless of the nature of the entity, whether it be a corporation, limited liability company, partnership etc. owned by Mehrdad Shans and/or Mehran Shans.

2.01    Defendants have incorporated a California corporation under the name Jewelex, Inc.. As part of this Agreement, Defendants agree that they shall immediately file an Amendment to the Articles of Incorporation changing the name from Jewelex, Inc. to some other corporate name which is not the same as nor confusingly similar to the word "JEWELEX" and further, will not include in any portion of the letters "J","E", ""W", "E", L"and "X" and will provide a copy of that Amendment to Jewelex New York, Ltd.'s counsel within one (1) week of the execution of this Agreement. Alternatively, Jewelex, Inc. may filed documents with the California Secretary of State dissolving the corporation and provide a copy of the documents dissolving the corporation to the Plaintiff's counsel within one (1) week of the execution of this Agreement.

2.02    Defendants have registered the domain name "www.jewelexinc.com". Defendants hereby agree that they shall immediately cease use of the website for promoting their business and shall immediately disable the website so that if anyone types in "www.jewelexinc.com", there will be a blank page. Within one (1) month of the execution of this agreement, Defendants shall transfer to Jewelex New York, Ltd. the domain name "www.jewelexinc.com". This one month grace period is allowed for the Defendants to transition their current e-mail addresses to a new domain name.

2.03    Defendants have placed the name "JEWELEX" in their jewelry items including, but not limited to, rings. A true and correct copy of some of the Defendants' products downloaded from the website "www.jewelexinc.com" illustrating the word "JEWELEX" stamped into the jewelry or engrave into the jewelry has been attached to the Complaint as Exhibit 2. Defendants hereby agree that they shall never again sell any jewelry item which in any way contains the trademark "JEWELEX" either engraved into, molded in or in any way formed into any jewelry item, nor that contains any hangtag, label or any packaging or display which contains the mark "JEWELEX thereon, and agree that all jewelry items in their possession, custody and control, if any, shall be converted and modified so that the name "JEWELEX" is replaced with a name that is totally different from and not confusingly similar with "JEWELEX" and does not contain the letters "J","E", ""W", "E", L"and "X" anywhere in the mark.

Defendants hereby represent and warrant that the jewelry created by the Defendants do not have the word "JEWELEX" engraved, stamped or in any other way affixed to the jewelry. The graphics that were attached as Exhibit 2 to the Complaint were computer

-2-

generated and the word "JEWELEX" was not in fact engraved on any jewelry. Therefore, the Exhibit 2 to the Complaint which showed some of Defendants' products depicted on their website "www.jewelexinc.com" using the word "JEWELEX" in the jewelry were graphic generations and in fact, the name "JEWELEX" has never been placed onto any jewelry item of Defendants.

2.04 To the extent that Defendants have in their possession, custody and control any pieces of advertising such as catalogs, postcards or any other printed material or any other electronic material such as the websites, the Defendants agree that they shall immediately deliver to the offices of Rozsa Law Group LC whose address is ROZSA LAW GROUP LC 18757 Burbank Boulevard, Suite 220,Tarzana, California 91356-3346, all remaining printed material containing the trademark "JEWELEX" anywhere thereon for immediate destruction. Defendants agree that they shall never again distribute any printed material of any kind nor disseminate any electronic material of any kind which contains the trademark "JEWELEX" or any mark confusingly similar with "JEWELEX" and that does not contain the letters "J","E", ""W", "E", L"and "X" therein. The Defendants' website shall immediately discontinue the use of "JEWELEX" thereon.

2.05 Defendants hereby agree that they shall never again use the letters "J","E", ""W", "E", L"and "X" as part of their telephone number. It is agreed that should Defendants choose to continue to use this telephone number, they must always from the date of execution of this Agreement forward use only the actual numbers themselves and never reference the letters "J","E", ""W", "E", L"X". Therefore, Defendants may advertise their toll free telephone number as 866-953-9359 only and shall never use the letters "J","E", ""W", "E", L"and "X" for the numbers 53-9359 portion of their toll free telephone number.

2.06 By no later than May 27, 2008, Defendants agree that they shall provide to counsel for Jewelex New York, Ltd. a detailed list of all jewelry items which were sold by Defendants including the item, the amount of sales price and the customer to whom such jewelry was sold.

2.07 Defendants hereby agree that they shall prepare a letter in the form attached hereto as **Exhibit 1** to the customers to whom it has been advertising and selling products bearing the name "JEWELEX", advising them that Defendants are not in any way related with Jewelex New York, Ltd. and that they have changed their name to a totally different name.

2.08 Defendants hereby agree that, to the extent within their control, they will not display at any trade show beginning on May 21, 2008 and any trade show thereafter any products or advertising or displays bearing the name "JEWELEX".

3.    Compensation to Jewelry New York, Ltd.

Regardless of the amount of jewelry that has been sold by the Defendants, the Defendants hereby agree to pay the Jewelex New York, Ltd. as full compensation for damages incurred by Jewelex New York, Ltd. including attorneys' fees involved in prosecuting this litigation, the sum of _____ Dollars ($_____) ~~by no later than May 29, 2008~~. AMOUNT  NOT  TO  EXCEED  $4,500  TO  BE  NEGOTIATED  IN  GOOD  FAITH  AFTER  5/29/08.

4.    Consent Judgment

Defendants hereby agree to a consent judgment to be entered against them jointly and severally in the form attached hereto as **Exhibit 2**. The consent judgment shall be an injunction enjoining all use of "JEWELEX" or any variation thereof.

5.    Mutual Release

Provided Defendants are in compliance with all terms and conditions of this Agreement, Jewelex New York, Ltd. agrees to release Defendants from all liability which Jewelex New York, Ltd. may have incurred as a result of the actions of Defendants as set forth in Civil Action 08-03182 and Defendants correspondingly release Jewelex New York, Ltd. for any counterclaim or any other actions which Defendants may have brought in Civil Action 08-03182.

6.    Dismissal of Civil Action 08-03182

6.01  Upon execution of this Agreement and the Consent Judgment by both Jewelex New York, Ltd., Jewelex New York, Ltd. shall dismiss the Complaint against Defendants.

6.02  It is expressly agreed that the Court shall retain jurisdiction over this case for the purpose of enforcing the terms and conditions of this Agreement.

7.    Agreement To Execute Further Documents

Each of the parties hereto agrees to execute such further documents and take such further action as may be reasonably necessary or appropriate to consummate the intent and purpose of this Agreement.

8.    Notices

All notices required to be given hereunder shall be in writing and shall be sent by telecopier and a confirming copy sent by first class mail, postage prepaid, and deposited in the United States mail, and addressed to the respective parties at the addresses, telephone numbers and telecopier numbers set forth in the preamble to this Agreement. In case of service by telecopier and confirmation copy by mail, it shall be deemed complete at the expiration of the second day after telecopier transmission. The telecopier number of Jewelex New York, Ltd. is (212) 840-6971. The telecopier number of Defendants is (213) 891-1218  Either party may, by

- 4 -

written notice to the other, change the telecopier number and address for notices to be sent to that party.  Processes and notices, if any, shall be sent to the respective parties as follows:

For  Jewelex New York, Ltd.:

Atul Kothari
President
Jewelex New York Ltd.
529 Fifth Avenue
18th Floor
New York, New York 10017

for Defendants:

Mehrdad Shans
Jewelex, Inc.
550 South Hill Street, Suite 1185
Los Angeles, California 90013

and

Mehran Shans
Jewelex, Inc.
550 South Hill Street, Suite 1185
Los Angeles, California 90013

9.    Time Is Of The Essence

Time shall be considered of the essence in this Agreement and all of its applicable terms.

10.    Counterparts

This Agreement may be signed in any number of counterparts with the same effect as if the signature or signatures upon each such counterpart were upon the same document. Each party agrees to initial in the lower right-hand corner of each page of this Agreement in addition to executing the Agreement on the last signature page.

11.    Exhibits

Each exhibit or schedule attached hereto shall be incorporated herein and be a part hereof.  If any exhibit or schedule referred to herein shall not be attached hereto at the time of execution hereof, or if such exhibit shall be incomplete, such exhibit or schedule may be later attached or completed by the mutual consent of the parties, evidenced by the parties signing and

dating such exhibit or schedule and such exhibit or schedule shall as later attached or completed for all purposes be deemed a part hereof, as if attached hereto or completed at the time of the execution hereof.

    12.   Governing Law, Jurisdiction and Venue

       The provisions of this Agreement and all disputes concerning the validity, interpretation, or performance of this Agreement and any of its terms or provisions, or any rights or obligations of the parties hereto, shall be governed by and resolved in accordance with applicable federal and state laws  The parties agree to submit to the jurisdiction and venue of the appropriate federal and/or state courts in the County of Los Angeles, California.

    13.   Waiver And Delay

       13.01  The failure of any party at any time to require performance by the other party of any provision hereof shall not effect in any way the full right to require such performance at any time thereafter; nor shall the waiver by any party of a breach of any provision thereof be taken or held to be a waiver of the provision itself.

       13.02  No waiver by any party of any breach or series of breaches or defaults in performance by the other party, and no failure, refusal or neglect of any party to exercise any right, power or option given to it hereunder or to insist upon strict compliance with or performance of any party's obligations under this Agreement, shall constitute a waiver of the provisions of this Agreement with respect to any subsequent breach thereof or a waiver by any party of its rights at any time thereafter to require exact and strict compliance with the provisions thereof.

    14.   Severability

       Nothing contained in this Agreement shall be construed as requiring the commission of any act contrary to law. Whenever there is any conflict between any provision of this Agreement and any present or future statute, law, ordinance or regulation contrary to which the parties have no legal right to contract, the latter shall prevail, but in such event the provision of this Agreement thus affected shall be curtailed and limited only to the extent necessary to bring it within the requirements of the law. In the event that any part, article, paragraph, sentence or clause of this Agreement shall be held to be indefinite, invalid or otherwise unenforceable, the indefinite, invalid or unenforceable provision shall be deemed deleted, and the remaining part of the Agreement shall continue in full force and effect. If any tribunal or court of competent jurisdiction deems any provision hereof unenforceable, such provision shall be modified only to the extent necessary to render it enforceable and this Agreement shall be valid and enforceable and the parties hereto agree to be bound by and perform same as thus modified.

    15.   Attorneys' Fees

       In the event of a breach of this Agreement by any of the parties, in the event the non-breaching party is required to enforce the terms of this Agreement against the breaching

05/27/2008 11:27 FAX 8187830882        ROZSA LAW GROUP        ☒010/012

party, the non-breaching party shall be entitled to reimbursement of the non-breaching party's reasonable attorneys' fees and costs in addition to any other damages suffered by the non-breaching party as a result of the breach caused by the breaching party.

### 16.    Entire Agreement—Amendment And Waiver

This Agreement contains the entire understanding of the parties; and there are no other representations, covenants or undertakings other than those expressly set forth in this Agreement. Each party acknowledges that no other party or any agent or attorney of any other party has made any promises, representation or warranty whatsoever, express, implied or statutory, not contained in this Agreement, concerning its subject matter, to induce them to execute this Agreement. The parties acknowledge that they have not executed this Agreement in reliance upon any such promise, representation or warranty not specifically contained in this Agreement. This Agreement may be amended, supplemented, or varied at any time, in any way, and in all respects, but only by an instrument in writing executed by the parties hereto.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

"Jewelex New York, Ltd."
Jewelex New York, Ltd.

Dated: 5/27/08

By: Atul Kothari
Title: President

"Defendants"
Jewelex, Inc.

Dated: 5/27/08

By: Mehran Shans
Title: President

"Mehrdad Shans"
Mehrdad Shans"

Dated: 5/27/08

By: Mehrdad Shans

"Mehran Shans"
Mehran Shans"

Dated: 5/27/08

By: Mehran Shans

kaum.jwl.002

-7-

# EXHIBIT 1

ON JEWELEX, INC.(NEW NAME) LETTERHEAD
TO CLIENTS

Dear Sirs:

Unfortunately, we have made a mistake in that we have used the name Jewelex, Inc. in both our advertisements and on our jewelry without realizing that "JEWELEX" is a federally registered trademark of another company, Jewelex New York, Ltd. Jewelex, Inc. is in no way affiliated with Jewelex New York, Ltd. We have changed our company name and our new name is U.S. JEWELRY CLUB. Accordingly, in the future, please be sure that when you correspond with us, you use our new name which is U.S. JEWELRY CLUB.

We regret any confusion that may have occurred because of our inadvertent use of the name "JEWELEX".

Sincerely,

Mehran Shans
President

**2:08-cv-08-03182 DDP(SSx) Jewelex New York, Ltd. v. Jewelex, Inc. et al.**

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is18757 Burbank Boulevard, Suite 220,Tarzana, California 91356-3346

On **May 27, 2008,** I served the following document(s) described as:

**CONSENT JUDGMENT**

**X**   **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Tarzana, California addressed as set forth below.

**BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Delta Worldwide Services, Inc..

**BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

**X**   **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

Sepehr Daghighian, Esq.
Law Offices of Sepehr Daghighian
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telecopier: (310) 887-1334

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 27, 2008,** at Tarzana, California.

*Lauraine E Kirby*

Lauraine E. Kirby

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990